1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California  95113
3  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046
4  Emails: tanya@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Hendrick Block

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10

11

| HENDRIK BLOCK, | ) No. 1:22-cv-01596-JLT-BAM |
|---|---|
| Plaintiff, | ) **PLAINTIFF'S REQUEST TO CONTINUE MANDATORY SCHEDULING CONFERENCE; [PROPOSED] ORDER** |
| vs. | |
| MOHAMED NASSER SALEM, individually and dba QUICK MART; | ) Date:  March 14, 2023 |
| | ) Time:  8:30 a.m. |
| Defendant. | ) Courtroom:  8 |
| | ) Magistrate Judge Barbara A. McAuliffe |

   Plaintiff Hendrick Block ("Plaintiff"), by and through his attorneys of record, hereby requests a continuance of the Mandatory Scheduling Conference currently scheduled in this matter for March 14, 2023 at 8:30 a.m. for the reasons set forth below.

   1.   No defendants have appeared in this action.

   2.   On February 21, 2023, Plaintiff served defendant Mohamed Nasser Salem, individually and dba Quick Mart ("Defendant") with the summons and complaint.

   3.   Since defendant has not yet appeared, Plaintiff has not had the opportunity to meet and confer with him to prepare the required joint scheduling report.

For the reasons set forth above, Plaintiff respectfully requests that the Mandatory Scheduling Conference currently set for March 14, 2023 be continued to a date after May 1, 2023 at the Court's convenience.

Dated: March 3, 2023                                    MOORE LAW FIRM, P.C.

                                                        */s/ Tanya E. Moore*
                                                        Tanya E. Moore
                                                        Attorney for Plaintiff,
                                                        Hendrick Block

## ORDER

Upon request by Plaintiff and good cause appearing, **IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference currently set for March 14, 2023 be continued to May 11, 2023, at 8:30 AM in **Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties shall file a Joint Scheduling Report one week prior to the conference. The parties shall appear at the conference remotely either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated:   **March 6, 2023**                    /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE