# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**HENDRIK BLOCK,**

CASE NO: **1:22–CV–01596–JLT–BAM**

v.

**MOHAMED NASSER SALEM,**

_____

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 12/08/2023**

**Keith Holland**
Clerk of Court

ENTERED:  **December 8, 2023**

by: _/s/ E. Flores_____
Deputy Clerk